UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-03200-SRM-SP | Date | February 26, 2026 |
|---|---|---|---|
| Title | Phuong Lap Nguyen v. Mark Bowen, et al. | | |


| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order Directing Petitioner to File Status Report Regarding What Issues Remain in the Petition**

On November 26, 2025, petitioner Phuong Lap Nguyen, a federal immigration detainee, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and a motion for a Temporary Restraining Order ("TRO"), requesting release. Docket nos. 1, 3. On December 3, 2025, the court issued an order requiring a response to the petition. Docket no. 10. That same day, respondents filed an opposition to the TRO. Docket no. 9. Respondents then filed a return to the Petition on January 2, 2026. Docket no. 12. The court then referred the matter to the Federal Public Defender ("FPD") to consider appointment of counsel. Docket no. 13. The FPD filed a notice of appearance on January 21, 2026, as well as a reply to the Petition on February 2, 2026. Docket nos. 14, 17. The FPD then filed a reply to the TRO on February 4, 2026. Docket no. 18.

On February 10, 2026, the court issued an order granting petitioner's TRO application in part. Docket no. 20. The court ordered petitioner's release from immigration custody, enjoined respondents from revoking petitioner's release without adequate notice, and ordered respondents to show cause why a preliminary injunction should not issue. *Id.* at 10-11. On February 18, 2026, respondents filed a notice that petitioner was released on February 10, 2026. Docket no. 21.

All briefing on the underlying habeas petition was completed prior to the issuance of the court's TRO ruling. Given petitioner's release from immigration custody, it is unclear what issues remain outstanding in the petition. As such, petitioner is ordered to file on or before **March 12, 2026** a status report regarding whether the petition is moot in light of his release from immigration custody, and if not, what issues remain pending before the court.