**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PHUONG LAP NGUYEN,

               Petitioner,

       v.

MARK BOWEN, et al.,

               Respondents.

Case No. 5:25-cv-03200-SRM-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither petitioner nor respondents have filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED: (1) petitioner's first and third claims alleging a violation of *Zadvydas v. Davis*, 533 U.S. 678 (2001), and a violation of due process related to petitioner's possible third country removal are denied; (2) petitioner's second claim alleging a violation of due process and the Administrative Procedures Act in petitioner's re-detention is granted; (3) respondents are enjoined and restrained from re-detaining petitioner under 8 C.F.R. § 241.13(i)(2) unless they have obtained a legal travel document for his removal; (4) respondents are enjoined and restrained from re-detaining

petitioner unless and until they follow all procedures set forth in 8 C.F.R. § 241.13 and any other applicable statutory and regulatory procedures; and (5) Judgment be entered granting in part and denying in part the Petition.

Dated: <u>April 13, 2026</u>

_____
HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE