JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PHUONG LAP NGUYEN,

             Petitioner,

      v.

MARK BOWEN, et al.,

            Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:25-cv-03200-SRM-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted in part and denied in part as stated in the Order Accepting Findings and Recommendation.

Dated: <u>April 13, 2026</u>

_____
HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE